**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
    **Jeffery William McArthur**
    903 Hays Mill Road, Apt. 2201
    Carrollton, GA 30117

    xxx–xx–4800

    **Donna Jean McArthur**
    903 Hays Mill Road, Apt. 2201
    Carrollton, GA 30117

    xxx–xx–4077

Case No.: **11–10454–whd**
Chapter:  **7**
Judge:  **W. Homer Drake**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

    It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

    **ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
W. Homer Drake
United States Bankruptcy Judge

Dated:  June 2, 2011

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

### EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

```
                      United States Bankruptcy Court
                       Northern District of Georgia
In re:                                                      Case No. 11-10454-whd
Jeffery William McArthur                                    Chapter 7
Donna Jean McArthur
        Debtors                  CERTIFICATE OF NOTICE
District/off: 113E-7          User: petschj              Page 1 of 2                   Date Rcvd: Jun 02, 2011
                              Form ID: 182               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2011.
db/jtdb      +Jeffery William McArthur,    Donna Jean McArthur,   903 Hays Mill Road, Apt. 2201,
               Carrollton, GA 30117-4639
aty           Sherwin P. Robin,   Reynolds and Robin, P.C.,   P.O. Box 9541,   Savannah, GA 31412-9541
14078051     +Carrollton Ear, Nose & Throat,   150 Clinic Ave, Ste 201,   Carrollton, GA 30117-4402
14078052      Carrollton Orthopaedic Clinic,   150 Clinic Avenue - Suite 101,   Carrollton, GA 30117-4402
14078055     +David Delduco, Esq,   Suite 1400, Stop 1000-D,   401 W Peachtree Street, NW,
               Atlanta, GA 30308-3510
14078054     +Dr Jell Corse,   100 Professional Park,   Carrollton, GA 30117-3874
14078084     +Dr White,   3200 Downwood Circle,   Atlanta, GA 30327-1610
14078056     +Drive Time/Cavalry Portfolio,   c/o Reynolds & Robin, PC,   P O Box 9541,
               Savannah, GA 31412-9541
14078058     +Express Loans,   c/o Southern Mortgage & Loan,   P O Box 1727,   Pelham, AL 35124-5727
14078057      Express Loans,   312 N Park Street,   Carrollton, GA 30117
14078060     +HSBC/Orchard Bank,   c/o PRA Rec Mgmt LLC,   P O Box 41067,   Norfolk, VA 23541-1067
14078063     +Jefferson Capital Systems LLC,   P O Box 7999,   Saint Cloud, MN 56302-7999
14078068     +John W Sheffield, III,   Suite 1400, Stop 1000-D,   401 West Peachtree St, NW,
               Atlanta, GA 30308-3510
14078065     +LVNV Funding,   c/o Portfolio Rec Assoc,   P O Box 41067,   Norfolk, VA 23541-1067
14078064     +Lake Carroll Auto,   909 Bankhead Hwy,   Carrollton, GA 30117-1921
14078059     +Ms Aly Higgins,   Suite 1400, Stop 1000-D,   401 W Peachtree St, NW,   Atlanta, GA 30308-3510
14078086     +Ms Audrey Xi,   Suite 1400, Stop 1000-D,   401 West Peachtree St., NW,   Atlanta, GA 30308-3510
14078053     +Ms Jennifer Coffey,   Suite 1400, Stop 1000-D,   401 W Peachtree St, NW,   Atlanta, GA 30308-3510
14078067     +Piedmont Hospital,   1968 Peachtree Rd, NW,   Atlanta, GA 30309-1285
14078066      Piedmont Hospital,   P O Box 102570,   Atlanta, GA 30368-2570
14078069     +Steven Shapiro, Chief-Tax Div,   Civil Trial Section,   P O Box 14198,
               Washington, DC 20044-4198
14078071     +Sunset Finance,   726 Bankhead Ave,   Carrollton, GA 30117-1918
14078070     +Sunset Finance,   726 Bankhead Hwy,   Carrollton, GA 30117-1918
14078072     +Sunset Finance Co LLC,   107 North Oak Street,   Seneca, SC 29678-3219
14078076     +US Attorney General,   Main Justice Building,   10th & Constitution Avenue,
               Washington, DC 20530-0001
14078077     +US Attorney General,   Michael Muskasey, Esq,   950 Pennsylvania Ave, NW,
               Washington, DC 20530-0009
14078078      US Attorney's Office,   c/o Anita Orr,   600 Fed Bldg, 75 Spring St SW,   Atlanta, GA 30303
14078073     +United Auto Acceptance,   P O Box 960068,   Riverdale, GA 30296-0068
14078074     +United Auto Acceptance,   2400 Lake Park Drive,   Suite 100,   Smyrna, GA 30080-8993
14078079     +W Caleb Gross,   401 W Peachtree St, NW,   Ste 1400, Stop 1000-D,   Atlanta, GA 30308-3510
14078081     +Wells Fargo Bank,   2859 Paces Ferry,   Atlanta, GA 30339-5701
14078082      Wells Fargo Home Mortgage,   P O Box 10388,   Des Moines, IA 50306-0388
14078083      West GA Urology Assoc PC,   150 Clinic Ave, Ste 202,   Carrollton, GA 30117-4402
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +EDI: QGEHOWELL.COM Jun 02 2011 20:48:00      Griffin E. Howell, III,   Newton & Howell P.C.,
               127 1/2 East Solomon Street,   PO Box 551,   Griffin, GA 30224-0015
tr            EDI: QTDMANN.COM Jun 02 2011 20:48:00      Theo Davis Mann,   28 Jackson Street,   P. O. Box 310,
               Newnan, GA   30264-0310
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 02 2011 22:45:58
               Office of the United States Trustee,   Room 362,   75 Spring Street, SW,
               Atlanta, GA 30303-3330
14078050     +EDI: AAEO.COM Jun 02 2011 20:48:00      Aaron' s Rent,   903 Park Street,
               Carrollton, GA 30117-4425
14078062      EDI: IRS.COM Jun 02 2011 20:48:00      Internal Revenue Service,   P O Box 7346,
               Philadelphia, PA 19101-7346
14078061     +EDI: IRS.COM Jun 02 2011 20:48:00      Internal Revenue Service,   401 West Peachtree Street,
               Room 1640, Stop 334-D,   Atlanta, GA 30308-3519
14078075     +E-mail/Text: usagan.bk@usdoj.gov Jun 02 2011 22:46:02      US Attorney,
               1800 Richard B Russell Bldg,   75 Spring Street, SW,   Atlanta, GA 30303-3315
14078080     +EDI: WFFC.COM Jun 02 2011 20:48:00      Wells Fargo Bank,   3476 Stateview Blvd,   X7801-014,
               Fort Mill, SC 29715-7203
14078085     +E-mail/PDF: bk@worldacceptance.com Jun 03 2011 02:03:10      World Finance Corporation,
               101 Northwinds Blvd, Ste F,   Carrollton, GA 30117-2291
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113E-7           User: petschj              Page 2 of 2                Date Rcvd: Jun 02, 2011
                               Form ID: 182               Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 04, 2011**                               **Signature:**   _Joseph Speetjens_